### 10837. BENNETT v. HENDRICKS.

LUKE, J. It appearing, from the uncontradicted certificate of the clerk of the city court, in the record, that this case has been settled between the parties, the questions raised in the bill of exceptions are moot, and the writ of error must be

*Dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 3, 1920.

Complaint; from city court of Nashville — Judge Lovett. August 2, 1919.

*Ira S. Clary,* for plaintiff in error. *W. G. Harrison,* contra.